# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court<br>District of *NEVADA* | VOLUNTARY PETITION |
|---|---|
| **IN RE** (Name of debtor - If Individual, enter Last, First, Middle)<br>Michaely, Yehoshua (Shuki) | **NAME OF JOINT DEBTOR** (Spouse)(Last, First, Middle) |
| **ALL OTHER NAMES** used by the debtor in the last six years<br>David Leon<br>Josh Moore<br>David Michaely | **ALL OTHER NAMES** used by the joint debtor in the last six years |
| **SOC. SEC./TAX I.D. NO.** (If more than one, state all)<br>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 | **SOC. SEC./TAX I.D. NO.** (If more than one, state all) |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, zip)<br>3319 Dakota #B<br>Las Vegas, Nevada 89109<br>Phone: | **STREET ADDRESS OF JOINT DEBTOR** (No. and street, city, state, zip) |
| **County of Residence or Principal Place of Business**<br>Clark | **County of Residence or Principal Place of Business** |
| **MAILING ADDRESS OF DEBTOR** (If different from street address)<br>SAME | **MAILING ADDRESS OF JOINT DEBTOR** (If different from street address) |
| **LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from above)<br>NOT APPLICABLE | **VENUE**<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR** (Check one box)
- ☒ Individual
- ☐ Joint (Husband and Wife)
- ☐ Partnership
- ☐ Other _____
- ☐ Corporation Publicly Held
- ☐ Corporation Not Publicly Held
- ☐ Municipality

**NATURE OF DEBT** (Check one box)
- ☒ Non-Business/Consumer
- ☐ Business-Complete A & B below

**A. TYPE OF BUSINESS** (Check one box)
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER or SECTION of BANKRUPTCY CODE UNDER WHICH the PETITION is FILED**
- ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
- ☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304-Case Ancillary to Foreign Proceeding

**SMALL BUSINESS** (Ch. 11 only)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**FILING FEE** (Check one box)
- ☒ Filing fee attached.
- ☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
David M. Crosby, Esq.
Jon R. Turner, Esq.
711 S. 8th St., LV, NV 89101
Nevada Bar (3499) & 5155
Telephone No. (702) 382-2600

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**
David M. Crosby, Esq.

☐ Debtor is not represented by an attorney.     Phone:

## STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C.)

- ☐ Debtor estimates that funds will be available for distribution
- ☒ Debtor estimates that, after any exempt property is excluded, there will be no funds available for distribution to unsecured

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-9... |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**ESTIMATED ASSETS** (In thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9... |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

**ESTIMATED LIABILITIES** (In thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9... |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ |

**ESTIMATED NUMBER OF EMPLOYEES - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-... |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED NUMBER OF EQUITY SECURITY HOLDERS - CH. ...**
| 0 | 1-19 | 20-99 | 100-999 | 1000-... |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

---

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEVADA                                    RECEIPT

Case # 99-17701 rcj        Chapter 7          # 000055551 - CC
Filed: 01:18 PM, 09/27/99    Las Vegas        01:21 PM, September 27, 1999

| Code | Qty | Amount |
|---|---|---|
| 7 | 1 | $175.00 |

Judge: Clive R. Jones
Trustee: WILLIAM LEONARD
Debtor(s):
   YEHOSHUA SHUKI MICHAELY

**First Meeting of Creditors**
08:00 AM, November 05, 1999
BIBLE BUILDING
600 LAS VEGAS BLVD., SOUTH
ROOM 435
LAS VEGAS, NV 89101

ORIGINAL

**TOTAL PAID: $175.00**
From: DAVID M CROSBY
711 S 8TH ST
LAS VEGAS, NV 89101-0000

2

Name of Debtor _Yehoshua (Shuki) Michaely_ / Debtor   Case No. ____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated ____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| LOCATION WHERE FILED | CASE NUMBER | DATE FILED |
|---|---|---|
| NONE | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| NAME OF DEBTOR | CASE NUMBER | DATE |
|---|---|---|
| NONE | | |
| RELATIONSHIP | DISTRICT | JUDGE |
| | | |

### REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

**ATTORNEY**

X _[signature]_
Signature  David M. Crosby, Esq.            Date ____

**INDIVIDUAL / JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _[signature]_
Signature of Debtor  Yehoshua (Shuki) Michaely

Date  Sep 27-1999

X ____
Signature of Joint Debtor

Date ____

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X ____
Signature of Authorized Individual

____
Print or Type Name of Authorized Individual

____
Title of Individual Authorized by Debtor to File this Petition

Date ____

If debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title. If I am represented by an attorney, Exhibit B has been completed.

X _[signature]_
Debtor  Yehoshua (Shuki) Michaely

X ____
Joint Debtor

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: ____

Social Security Number: ____

Address: ____

Tel. No. ____

Other individuals who prepared or assisted in preparing this document: (Also see the attached signed sheets conforming to appropriate Official Forms.)

X ____
Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtors with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X _[signature]_
Attorney  David M. Crosby, Esq.

Form B 201 (1/95) Specialty Software, Inc., Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_Sep 27 / 1999_
Date

_[signature]_
Signature of Debtor

_____
Case Number

DEBTOR COPY    COURT COPY
(circle one)

Yehoshua (Shuki) Michaely
3319 Dakota #B
Las Vegas, Nevada  89109

David M. Crosby, Esq.
Jon R. Turner, Esq.
711 S. 8th St., LV, NV  89101
Nevada Bar 3499 & 5155

*LIST OF CREDITORS*

American Express Optima Card
P.O. Box 7871
Ft. Lauderdale, FL  33329


AT & T Universal Card
P.O. Box 9999
Columbus, GA  31997-0001


Bank of New York
P.O. Box 6999
Newark, DE  19714


Bud Golditch
16530 Ventura Blvd. #305
Encino, CA  91436


Colonial National Bank
P.O. Box 15480
Wilmington, DE  19850-5480


Cummins Cal Pacific, Inc.



Dagmar Moscowicz
22620 Hatteras Street
Woodland Hills, CA  91367

David Silberstein
P.O. Box 260040
Encino, CA  91426


Davister Corparrol Barme
10670 N. Century Expressway
#410
Dallas, TX  75231


Discover
P.O. Box 29212
Phoenix, AZ  85038-9212


First Card
P.O. Box 2004
Elgin, IL  60122


First Union Bank
P.O. Box 2357
Brunswick, GA  31521-2357


Freid and Goldsman
2029 Century Park E #860
Los Angeles, CA  90067


FUNB MCA
Cons 10
Charlotte, NC  28288


Great Lakes Higher Education
2401 International Lane
Madison, WI  53704


Gursey, Schneider
Santa Monica Blvd. #300
Los Angeles, CA  90025

Guy Ravidnfeld
HPOALIM 8
Ramit Hasharon, Isreal


K. Davis
2049 Century Park East #2725
Los Angeles, CA   90067


Keith Drake
149 Oak Street
Camarillo, CA   93010


Ken Kaymins
18607 Ventura #310
Tarzana, CA   91356


Parker, Mills & Patel
865 S. Figueroa Street #850
Los Angeles, CA   90017


Patty Michaely



Ruth Rosenfeld
24670 Park Miramar
Calabasas, CA   91302


Small Business Administration
200 W. Santa Ana Blvd. #700
Santa Ana, CA   90401-0107


Sol Sayegh

Wells Fargo Bank
P.O. Box 29475
Phoenix, AZ  85038