

David M. Crosby, ESQ.
Bar #003499
Jon R. Turner, Esq.
Bar #005155
CROSBY & TURNER
711 South Eighth Street
Las Vegas, NV 89101
(702) 382-2600
Attorney for Debtor(s)

RECEIVED AND FILED
1999 OCT 25  AM 11: 53
UNITED STATES BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of: | Bankruptcy No.: 99-17701rcj |
| YEHOSHUA MICHAELY | Chapter 7<br>Date:<br>Time: |
| Debtor(s). | **AMENDMENT TO BANKRUPTCY PETITION** |

THE FOLLOWING ITEMS MARKED HAVE BEEN AMENDED IN THE ABOVE-ENTITLED BANKRUPTCY PROCEEDING:

( )  CREDITORS HAVE BEEN ADDED TO SCHEDULES.

( )  ACCOUNT NUMBERS HAVE BEEN ADDED TO SCHEDULES.

( )  CASE HAS BEEN CONVERTED AND NEW PROPERTY SCHEDULES AND STATEMENT OF FINANCIAL OF AFFAIRS ARE ADDED.

( )  SUPPLEMENTAL MAILING MATRIX IS ATTACHED (LIST OF ONLY NEW CREDITORS).

( )  $20.00 IS ATTACHED FOR ADDING NEW CREDITORS.

( )  EXHIBIT "B" HAS BEEN AMENDED.

(X) OTHER:  1st Page of Petition is amended to correct social security number.

Dated this 25TH day of October, 1999.

CROSBY & TURNER
Attorneys for Debtor(s)

7

FORM B1 (12/94) Specialty Software, Royal Oak, MI

# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court<br>District of *NEVADA* | VOLUNTARY<br>PETITION |
|---|---|
| **IN RE** (Name of debtor - If Individual, enter Last, First, Middle)<br><br>*Michaely, Yehoshua (Shuki)* | **NAME OF JOINT DEBTOR** (Spouse)(Last, First, Middle) |
| **ALL OTHER NAMES** used by the debtor in the last six years<br><br>*David Leon*<br>*Josh Moore*<br>*David Michaely* | **ALL OTHER NAMES** used by the joint debtor in the last six years |
| **SOC. SEC./TAX I.D. NO.** (If more than one, state all)<br>*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* | **SOC. SEC./TAX I.D. NO.** (If more than one, state all) |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, zip)<br>*3319 Dakota #B*<br>*Las Vegas, Nevada  89109*<br><br>Phone: | **STREET ADDRESS OF JOINT DEBTOR** (No. and street, city, state, zip) |
| County of Residence or Principal Place of Business<br>*Clark* | County of Residence or Principal Place of Business |
| **MAILING ADDRESS OF DEBTOR** (If different from street address)<br>*SAME* | **MAILING ADDRESS OF JOINT DEBTOR** (If different from street address) |
| **LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from above)<br>*NOT APPLICABLE* | **VENUE**<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR** (Check one box)
- ☒ Individual
- ☐ Joint (Husband and Wife)
- ☐ Partnership
- ☐ Other _____
- ☐ Corporation Publicly Held
- ☐ Corporation Not Publicly Held
- ☐ Municipality

**NATURE OF DEBT** (Check one box)
- ☒ Non-Business/Consumer
- ☐ Business-Complete A & B below

**A. TYPE OF BUSINESS** (Check one box)
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER or SECTION of BANKRUPTCY CODE UNDER WHICH the PETITION is FILED**
- ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
- ☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304-Case Ancillary to Foreign Proceeding

**SMALL BUSINESS** (Ch. 11 only)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**FILING FEE** (Check one box)
- ☒ Filing fee attached.
- ☐ Filing fee to be paid in installments. (Applicable to Individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
*David M. Crosby, Esq.*
*Jon R. Turner, Esq.*
*711 S. 8th St., LV, NV  89101*
*Nevada Bar 3499 & 5155*
Telephone No. *(702) 382-2600*

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**
*David M. Crosby, Esq.*

☐ Debtor is not represented by an attorney.   Phone:

**STATISTICAL/ADMINISTRATIVE INFORMATION** (U.S.C. § 604)(Estimates only) (Check applicable boxes)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS** (In thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES** (In thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**ESTIMATED NUMBER OF EMPLOYEES - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED NUMBER OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE FOR COURT USE ONLY